| | |
|---|---|
| In re: | Case No. 20-41583-tnap |
| Lawanda T. Mitchell | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0647-4 | User: bfaun | Page 1 of 4 |
| Date Rcvd: Nov 06, 2020 | Form ID: pdf700 | Total Noticed: 72 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lawanda T. Mitchell, 48 West Heights Avenue, Youngstown, OH 44509-2311 |
| 26756934 | + | ACS/JPMorgan, 501 Bleeker Street, Utica, NY 13501-2401 |
| 26756944 | + | CBE Group, PO Box 900, Waterloo, IA 50704-0900 |
| 26756954 | ++ | CREDIT PROTECTION ASSOCIATION LP, PARKWAY CENTER V, 2500 DALLAS PARKWAY SUTIE 500, PLANO TX 75093-4805 address filed with court:, Credit Protection, PO Box 802068, 13355 Noel Road, Dallas, TX 75380 |
| 26756945 | + | Charter Communications, PO Box 802068, Dallas, TX 75380-2068 |
| 26756947 | + | Chase, PO Box 7013, Mail Code IN1-0103, Indianapolis, IN 46207-7013 |
| 26756949 | + | City of Youngstown, 26 S. Phelps St., Youngstown, OH 44503-1318 |
| 26756950 | + | City of Youngstown c/o, Regional Income Tax Agency, 2761 Salt Springs Road, Youngstown, OH 44509-1035 |
| 26756951 | + | City of Youngstown c/o RITA, 20 Federal Plaza W, Suite M14, Youngstown, OH 44503-1430 |
| 26756956 | | Direct Loan Svc System, PO Box 5609, Greenville, TX 75403-5609 |
| 26756963 | + | First Premier Bank, 3820 N. Louise Avenue, Sioux Falls, SD 57107-0145 |
| 26756966 | + | HSBC Bank, 12447 SW 69th Avenue, Attn: Dispute Processing, Tigard, OR 97223-8517 |
| 26756968 | + | IC System, 444 Highway 96 East, PO Box 64378, Saint Paul, MN 55164-0378 |
| 26756969 | + | James A. West, P.C., 6380 Rogerdale Road, Suite 130, Houston, TX 77072-1624 |
| 26756970 | + | Kent State University, RM 131 Bursars Off, PO Box 5190, Kent, OH 44242-0001 |
| 26756971 | + | Lasik Eye Institute, 9000 Brooktree Road, Wexford, PA 15090-9288 |
| 26756974 | + | Mahoning Valley Emergency Spec., 5700 Darrow Road, Suite 106, Hudson, OH 44236-5026 |
| 26756976 | + | Mercyhealth, 4605 Duke Drive, Suite 400, Mason, OH 45040-7626 |
| 26756978 | + | Mountaineer Race Track, PO Box 358, Chester, WV 26034-0358 |
| 26756979 | + | NE Ohio Infectious Disease Assoc, PO Box 2163, Youngstown, OH 44504-0163 |
| 26756981 | + | Nephropathology Assoc/Arkana Labs, PO Box 34113, Little Rock, AR 72203-4113 |
| 26756982 | + | Neurology & Neuroscience Assoc Inc, 701 White Pond Drive, Akron, OH 44320-1193 |
| 26756986 | + | Ohio Imaging Associates Inc, PO Box 74691, Cleveland, OH 44194-0002 |
| 26756990 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222-4704 |
| 26756987 | + | Pathology Consultants LLC, PO Box 74578, Cleveland, OH 44194-0002 |
| 26756994 | + | Robert M. Storey, Esq., 737 Enterprise Dr., Lewis Center, OH 43035-9422 |
| 26756995 | | Sage Telecom, PO Box 79051, Phoenix, AZ 85062-9051 |
| 26756998 | + | St. Elizabeth Health Center, 1044 Belmont Ave., Youngstown, OH 44504-1096 |
| 26756999 | + | State of Ohio, Collections Enforcement, 150 East Gay Street, 21st Floor, Columbus, OH 43215-3191 |
| 26757001 | + | Sun Auto Sales, 1835 Glenwood Ave, Youngstown, OH 44511-1572 |
| 26757002 | + | Tracir Financial Services, 2040 Brice Road, Suite 200, Reynoldsburg, OH 43068-3460 |
| 26757004 | + | Youngstown Municipal Court, Clerk's Office - Civil Division, 26 South Phelps Street, Youngstown, OH 44503-1329 |
| 26757006 | + | Youngstown Water Department, 26 S. Phelps St, Youngstown, OH 44503-1392 |

TOTAL: 33

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 26756937 | Email/Text: g17768@att.com | Nov 06 2020 21:29:00 | AT&T Uverse, PO Box 5014, Carol Stream, IL 60197-5014 |

| ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 26756936 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 06 2020 21:29:00 | Americredit, P.O. Box 181145, Arlington, TX 76096-1145 |
| 26756938 | + | Email/Text: dl-collectionsbankruptcyteam@drivetime.com | Nov 06 2020 21:31:00 | Bridgecrest Credit Company, PO Box 29018, Phoenix, AZ 85038-9018 |
| 26756939 | + | Email/Text: bkinfo@ccfi.com | Nov 06 2020 21:30:00 | Buckeye Credit Solutions, 6785 Bobcat Way, Suite 200, Dublin, OH 43016-1443 |
| 26756942 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 06 2020 21:43:17 | Capital One Bank, PO Box 85015, Richmond, VA 23285 |
| 26756940 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 06 2020 21:42:32 | Capital One, PO Box 5294, Carol Stream, IL 60197-5294 |
| 26756941 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Nov 06 2020 21:41:48 | Capital One Auto Finance, 3905 Dallas Parkway, Plano, TX 75093-7892 |
| 26756943 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 06 2020 21:41:38 | Care Credit, PO Box 960061, Orlando, FL 32896-0061 |
| 26756948 | + | Email/Text: Bankruptcy@chemicalbank.com | Nov 06 2020 21:31:00 | Chemical Bank, 333 East Main Street, P.O. Box 569, Midland, MI 48640-5178 |
| 26756952 | + | Email/Text: bankruptcy@firstenergycorp.com | Nov 06 2020 21:31:00 | Collection Service Center, 839 5th Avenue, New Kensington, PA 15068-6303 |
| 26756953 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 06 2020 21:42:33 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 26756957 | | Email/Text: G06041@att.com | Nov 06 2020 21:31:00 | DirecTV, PO Box 78626, Phoenix, AZ 85062-8626 |
| 26756955 | + | Email/PDF: pa_dc_ed@navient.com | Nov 06 2020 21:42:37 | Dept of Ed/Navient, PO Box 9655, Wilkes Barre, PA 18773-9655 |
| 26756958 | | Email/Text: ohiobankruptcy@dom.com | Nov 06 2020 21:32:00 | Dominion East Ohio, PO Box 26785, Richmond, VA 23261-6785 |
| 26756959 | + | Email/Text: dl-collectionsbankruptcyteam@drivetime.com | Nov 06 2020 21:31:00 | Drivetime, 7300 E. Hampton Ave Suite 101, Mesa, AZ 85209-3324 |
| 26756962 | | Email/Text: Bankruptcy@chemicalbank.com | Nov 06 2020 21:31:00 | First Place Bank, 185 E. Market Street, Warren, OH 44482 |
| 26756961 | + | Email/Text: kdoll@fst1952.com | Nov 06 2020 21:29:00 | Finance Systems of Toledo, 2821 N Holland Sylvania Road, Toledo, OH 43615-1871 |
| 26756964 | + | Email/Text: Check.bksupport@globalpay.com | Nov 06 2020 21:29:00 | Global Payments Check Svcg, PO Box 661158, Chicago, IL 60666-1158 |
| 26756965 | + | Email/Text: acarroll@unitedhealthone.com | Nov 06 2020 21:32:00 | Golden Rule Ins Co, PO Box 740209, Cincinnati, OH 45274-0209 |
| 26756967 | + | Email/Text: bankruptcy@huntington.com | Nov 06 2020 21:31:00 | Huntington, 2361 Morse Road, Columbus, OH 43229-5856 |
| 26756946 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 06 2020 21:42:32 | Chase, PO Box 15298, Wilmington, DE 19850-5298 |
| 26756972 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 06 2020 21:41:47 | LVNV Funding, PO Box 10497, Greenville, SC 29603-0497 |
| 26756973 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 06 2020 21:41:47 | LVNV Funding, 625 Pilot Rd, Suite 2/3, Las Vegas, NV 89119-4485 |
| 26756975 | | Email/Text: PBS-Provider-Services@mercy.com | Nov 06 2020 21:32:00 | Mercy Health Physicians Youngstown, PO Box 630827, Cincinnati, OH 45263-0827 |
| 26756977 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 06 2020 21:41:38 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 26756980 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 06 2020 21:31:00 | Nelnet, 3015 S. Parker Road, Suite 400, Aurora, CO 80014-2904 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 26756983 | | Email/Text: Bankruptcy.notices@tax.state.oh.us | Nov 06 2020 21:32:00 | Ohio Department of Taxation, Bankruptcy Division, 30 E. Broad Street, 23rd Floor, Columbus, OH 43215 |
| 26756984 | + | Email/Text: Bankruptcy.notices@tax.state.oh.us | Nov 06 2020 21:32:00 | Ohio Department of Taxation, Office of Attorney General, 30 E. Broad, Columbus, OH 43215-3400 |
| 26756985 | + | Email/Text: bankruptcy@firstenergycorp.com | Nov 06 2020 21:31:00 | Ohio Edison, PO Box 3687, Akron, OH 44309-3687 |
| 26756989 | | Email/Text: info@phoenixfinancialsvcs.com | Nov 06 2020 21:29:00 | Phoenix Financial Services, 8902 Otis Avenue Suite 103A, Indianapolis, IN 46216 |
| 26756990 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 06 2020 21:29:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222-4704 |
| 26756988 | + | Email/Text: billing@pathlabs.org | Nov 06 2020 21:32:00 | Pathology Laboratories, 1946 N. 13th Street, Toledo, OH 43604-7281 |
| 26756991 | + | Email/Text: ecfbankruptcy@progleasing.com | Nov 06 2020 21:31:00 | Progressive Leasing, 256 Data Dr, Draper, UT 84020-2315 |
| 26756993 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Nov 06 2020 21:32:00 | RMP LLC, 8085 Knue Road, Indianapolis, IN 46250-1921 |
| 26756992 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 06 2020 21:43:23 | Resurgent Cap Srvcs, PO Box 1269, Greenville, SC 29602-1269 |
| 26756997 | | Email/Text: bknotices@snsc.com | Nov 06 2020 21:32:00 | SN Servicing Corp, 323 5th Street, Eureka, CA 95501 |
| 26756996 | + | Email/Text: ebnteam@sscu.net | Nov 06 2020 21:31:00 | Seven Seventeen Credit Union, 3181 Larchmont Ave NE, Warren, OH 44483-2498 |
| 26757000 | + | Email/Text: bncnotices@stengerlaw.com | Nov 06 2020 21:29:00 | Stenger & Stenger, PC, 2618 E. Paris Avenue SE, Grand Rapids, MI 49546-2458 |
| 26757003 | + | Email/Text: ebankruptcy@woodforest.com | Nov 06 2020 21:31:00 | Woodforest National Bank, 250 Tallmadge Road, Kent, OH 44240-7204 |
| 26757005 | + | Email/Text: colldept@cc.ysu.edu | Nov 06 2020 21:30:00 | Youngstown State University, 1 University Plaza, Youngstown, OH 44555-0002 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 26756935 | ##+ | Allied Interstate, 7525 West Campus Road, New Albany, OH 43054-1121 |
| 26756960 | ## | Fidelity Collections, PO Box 2055, Alliance, OH 44601-0055 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2020　　　　　Signature:　　　/s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2020 at the address(es) listed below:**

**Name**      **Email Address**

Maurice E. Graham

on behalf of Debtor Lawanda T. Mitchell grahamlawoffice1@att.net
jerrielaw@att.net;danielleob@att.net;grahammr84323@notify.bestcase.com

TOTAL: 1

Fill in this information to identify your case:

Debtor 1 **Lawanda T. Mitchell**
    First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)   First Name    Middle Name    Last Name

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF OHIO**

Case number:
(If known)

☐ Check if this is an amended plan, and list below the sections of the plan that have been changed.

Official Form 113
# Chapter 13 Plan
12/17

## Part 1: Notices

**To Debtor(s):** This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable.

*In the following notice to creditors, you must check each box that applies*

**To Creditors:** **Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.**

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation at least 7 days before the date set for the hearing on confirmation, unless otherwise ordered by the Bankruptcy Court. The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015. In addition, you may need to file a timely proof of claim in order to be paid under any plan.

The following matters may be of particular importance. **Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

| 1.1 | **A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor** | ☐ Included | ☑ Not Included |
|---|---|---|---|
| 1.2 | **Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4.** | ☐ Included | ☑ Not Included |
| 1.3 | **Nonstandard provisions, set out in Part 8.** | ☑ Included | ☐ Not Included |

## Part 2: Plan Payments and Length of Plan

2.1 Debtor(s) will make regular payments to the trustee as follows:

**$598** per **Month** for **60** months

*Insert additional lines if needed.*

If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

2.2 Regular payments to the trustee will be made from future income in the following manner.

*Check all that apply:*

☐ Debtor(s) will make payments pursuant to a payroll deduction order.
☑ Debtor(s) will make payments directly to the trustee.
☐ Other (specify method of payment):

**2.3 Income tax refunds.**
*Check one.*
☐ Debtor(s) will retain any income tax refunds received during the plan term.

☐ Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will turn over to the trustee all income tax refunds received during the plan term.

☑ Debtor(s) will treat income refunds as follows:
Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will turn over to the trustee all income tax refunds received over $1,500.00 upon request of the trustee.

**2.4 Additional payments.**
   *Check one.*
   ☑ **None**. *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

**2.5**   The total amount of estimated payments to the trustee provided for in §§ 2.1 and 2.4 is $**35,880.00**.

**Part 3:   Treatment of Secured Claims**

**3.1**   **Maintenance of payments and cure of default, if any.**

   *Check one.*
   ☐ **None**. *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*
   ☑ The debtor(s) will maintain the current contractual installment payments on the secured claims listed below, with any changes required by the applicable contract and noticed in conformity with any applicable rules. These payments will be disbursed either by the trustee or directly by the debtor(s), as specified below. Any existing arrearage on a listed claim will be paid in full through disbursements by the trustee, with interest, if any, at the rate stated. Unless otherwise ordered by the court, the amounts listed on a proof of claim filed before the filing deadline under Bankruptcy Rule 3002(c) control over any contrary amounts listed below as to the current installment payment and arrearage. In the absence of a contrary timely filed proof of claim, the amounts stated below are controlling. If relief from the automatic stay is ordered as to any item of collateral listed in this paragraph, then, unless otherwise ordered by the court, all payments under this paragraph as to that collateral will cease, and all secured claims based on that collateral will no longer be treated by the plan. The final column includes only payments disbursed by the trustee rather than by the debtor(s).

| Name of Creditor | Collateral | Current installment payment (including escrow) | Amount of arrearage (if any) | Interest rate on arrearage (if applicable) | Monthly payment on arrearage | Estimated total payments by trustee |
|---|---|---|---|---|---|---|
| SN Servicing Corp | 48 West Heights Avenue Youngstown, OH 44509  Mahoning County Parcel no 53-171-0-333.00-0 | $255.00<br>Disbursed by:<br>☐ Trustee<br>☑ Debtor(s) | Prepetition:<br>$0.00 | 0.00% | $0.00 | $0.00 |

*Insert additional claims as needed.*

**3.2**   **Request for valuation of security, payment of fully secured claims, and modification of undersecured claims.** *Check one.*

   ☑ **None**. *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*

**3.3**   **Secured claims excluded from 11 U.S.C. § 506.**

   *Check one.*
   ☐ **None**. *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*
   ☑ The claims listed below were either:

   (1) incurred within 910 days before the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or

   (2) incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value.

   These claims will be paid in full under the plan with interest at the rate stated below. These payments will be disbursed either by

the trustee or directly by the debtor(s), as specified below. Unless otherwise ordered by the court, the claim amount stated on a proof of claim filed before the filing deadline under Bankruptcy Rule 3002(c) controls over any contrary amount listed below. In the absence of a contrary timely filed proof of claim, the amounts stated below are controlling. The final column includes only payments disbursed by the trustee rather than by the debtor(s).

| Name of Creditor | Collateral | Amount of claim | Interest rate | Monthly plan payment | Estimated total payments by trustee |
|---|---|---|---|---|---|
| Buckeye Credit Solutions | 2009 Mercedes Benz AMG-63 90,000 miles | $14,450.00 | 5.75% | $519.29<br>Disbursed by:<br>☑ Trustee<br>☐ Debtor(s) | $13,501.52 |

*Insert additional claims as needed.*

**3.4** **Lien avoidance.**

*Check one.*
☑ **None.** *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

**3.5** **Surrender of collateral.**

*Check one.*
☑ **None.** *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*

**Part 4: Treatment of Fees and Priority Claims**

**4.1** **General**
Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

**4.2** **Trustee's fees**
Trustee's fees are governed by statute and may change during the course of the case but are estimated to be **10.00**% of plan payments; and during the plan term, they are estimated to total $**3,588.00**.

**4.3** **Attorney's fees.**

The balance of the fees owed to the attorney for the debtor(s) is estimated to be $**4,000.00**.

**4.4** **Priority claims other than attorney's fees and those treated in § 4.5.**

*Check one.*
☐ **None**. *If "None" is checked, the rest of § 4.4 need not be completed or reproduced.*
☑ The debtor(s) estimate the total amount of other priority claims to be **$869.00**

**4.5** **Domestic support obligations assigned or owed to a governmental unit and paid less than full amount.**

*Check one.*
☑ **None.** *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

**Part 5: Treatment of Nonpriority Unsecured Claims**

**5.1** **Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid, pro rata. If more than one option is checked, the option providing the largest payment will be effective. *Check all that apply.*
☐ The sum of $_____.
☑ **5.0** % of the total amount of these claims, an estimated payment of $_____.

Debtor    Lawanda T. Mitchell                               Case number    20-41583

☐   The funds remaining after disbursements have been made to all other creditors provided for in this plan.

If the estate of the debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $ **9,897.40**. Regardless of the options checked above, payments on allowed nonpriority unsecured claims will be made in at least this amount.

5.2   **Maintenance of payments and cure of any default on nonpriority unsecured claims.** *Check one.*

☑   **None.** *If "None" is checked, the rest of § 5.2 need not be completed or reproduced.*

5.3   **Other separately classified nonpriority unsecured claims.** *Check one.*

☑   **None.** *If "None" is checked, the rest of § 5.3 need not be completed or reproduced.*

| Part 6: | Executory Contracts and Unexpired Leases |

6.1   The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected. *Check one.*

☑   **None.** *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*

| Part 7: | Vesting of Property of the Estate |

7.1   **Property of the estate will vest in the debtor(s) upon**
*Check the appliable box:*
☑   plan confirmation.
☐   entry of discharge.
☐   other: _____

| Part 8: | Nonstandard Plan Provisions |

8.1   **Check "None" or List Nonstandard Plan Provisions**
☐   **None.** *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

All distributions on allowed claims provided for in the Plan shall be made by the Trustee in equal installments to the extent of available funds over the term of the Plan in accordance with the distribution priority set forth in the Bankruptcy Code.

Interest on secured claims shall be paid at the lower of the rates set forth by the Plan or as provided for on Creditor's Proof of Claim.

| Part 9: | Signature(s): |

9.1   **Signatures of Debtor(s) and Debtor(s)' Attorney**
*If the Debtor(s) do not have an attorney, the Debtor(s) must sign below, otherwise the Debtor(s) signatures are optional. The attorney for Debtor(s), if any, must sign below.*

X   **/s/ Lawanda T. Mitchell**                                  X   _____
    Lawanda T. Mitchell                                              Signature of Debtor 2
    Signature of Debtor 1

    Executed on   **October 15, 2020**                           Executed on   _____

X   **/s/ Maurice E. Graham**                                    Date   **October 15, 2020**
    Maurice E. Graham 0072205
    Signature of Attorney for Debtor(s)

By filing this document, the Debtor(s), if not represented by an attorney, or the Attorney for Debtor(s) also certify(ies) that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Official Form 113, other than any nonstandard provisions included in Part 8.

**Exhibit: Total Amount of Estimated Trustee Payments**

The following are the estimated payments that the plan requires the trustee to disburse. If there is any difference between the amounts set out below and the actual plan terms, the plan terms control.

| | | |
|---|---|---:|
| a. | **Maintenance and cure payments on secured claims** *(Part 3, Section 3.1 total)* | $0.00 |
| b. | **Modified secured claims** *(Part 3, Section 3.2 total)* | $0.00 |
| c. | **Secured claims excluded from 11 U.S.C. § 506** *(Part 3, Section 3.3 total)* | $13,501.52 |
| d. | **Judicial liens or security interests partially avoided** *(Part 3, Section 3.4 total)* | $0.00 |
| e. | **Fees and priority claims** *(Part 4 total)* | $8,457.00 |
| f. | **Nonpriority unsecured claims** *(Part 5, Section 5.1, highest stated amount)* | $13,921.48 |
| g. | **Maintenance and cure payments on unsecured claims** *(Part 5, Section 5.2 total)* | $0.00 |
| h. | **Separately classified unsecured claims** *(Part 5, Section 5.3 total)* | $0.00 |
| i. | **Trustee payments on executory contracts and unexpired leases** *(Part 6, Section 6.1 total)* | $0.00 |
| j. | **Nonstandard payments** *(Part 8, total)*   + | $0.00 |

**Total of lines a through j**            $35,880.00