# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# YOUNGSTOWN DIVISION

| | |
|---|---|
| In Re: | Case No. 20-41583-tnap |
| Lawanda T. Mitchell<br>  *aka* Lawanda T. Banks | Chapter 13 |
| Debtor. | Judge Tiiara Patton |

## NOTICE OF APPEARANCE

    Now comes Molly Slutsky Simons, an attorney admitted to practice in the U.S. Bankruptcy Court, Northern District of Ohio, and enters an appearance on behalf of U.S. Bank Trust N.A., as Trustee of the Bungalow Series IV Trust ('Creditor'), in the above captioned proceedings.

    Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

I certify that on January 12, 2021, a true and correct copy of this Notice was served:

Via the Court's ECF System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Maurice E. Graham, Debtor's Counsel
    grahamlawoffice1@att.net

    Michael A. Gallo, Trustee
    mgallo@gallotrustee.com

    Office of the U.S. Trustee
    (registeredaddress)@usdoj.gov

And by regular U.S. Mail, postage pre-paid on:

    Lawanda T. Mitchell, Debtor
    48 West Heights Avenue
    Youngstown, OH 44509

                                          /s/ Molly Slutsky Simons
                                          Molly Slutsky Simons (0083702)
                                          Attorney for Creditor